# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 5, 2015

## NO. 03-14-00208-CV

**Canyon Lake Island Property Owners Association, Cynthia M. Griffin, Richard A. Conley, and Bill Lester, Appellants**

**v.**

**Sterling/Suggs Limited Partnership, Neal E. Suggs, and Nadine R. Suggs, Appellees**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
## REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the class-certification order signed by the district court on March 21, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's class-certification order. Therefore, the Court reverses the district court's class-certification order, decertifies the class, and remands this matter to the district court for further proceedings consistent with this opinion. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.